# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00338-CV

**Habib Surani and H.S.N. Enterprises, Appellants**

**v.**

**Susan Combs, Comptroller of Public Accounts of the State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-11-001941, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Habib Surani and H.S.N. Enterprises (collectively "Surani") have failed to prosecute this appeal. Surani's brief was due on October 26, 2012. On December 19, 2012, this Court's clerk sent Surani a notice informing him that his brief was overdue and cautioned that the appeal could be dismissed for want of prosecution unless he filed a response reasonably explaining his failure to file a brief. The response was due by December 31, 2012. Surani has not responded to the notice, nor has he filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   January 25, 2013